IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )      2:21cr171-MHT
                            )          (WO)
KIMBERLY NICOLE BURTON      )
                            )
```

ORDER

This case is before the court on defendant Kimberly Nicole Burton's oral motion to continue her trial. For the reasons set forth below, the court finds that jury selection and trial, now set for October 25, 2021, should be continued pursuant to 18 U.S.C. § 3161.

While the granting of a continuance is left to the sound discretion of the trial judge, *see United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared

> before a judicial officer of the court in
> which such charge is pending, whichever date
> last occurs."

§ 3161(c)(1).  The Act excludes from the 70-day period

any continuance based on "findings that the ends of

justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy

trial."  § 3161(h)(7)(A).

The court concludes that, in this case, the ends of

justice served by granting a continuance outweigh the

interest of the public and Burton in a speedy trial.

Defense counsel expected the case to be resolved by

Burton's pleading guilty on October 19, 2021, and he

represents that he needs time to resolve the case this

way. The government orally represented that it was

unopposed to the request trial continuance.  The court

finds that a continuance of the trial is therefore

necessary to ensure that Burton can discuss resolving

the case without trial and, if necessary, prepare the

case for trial.

**\*\*\***

Accordingly, it is ORDERED that defendant Kimberly Nicole Burton's oral motion to continue (Doc. 29) is granted, and the jury selection and trial for defendant Burton, now set for October 25, 2021, are reset for December 6, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 20th day of October, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE